# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

Print

**IN THE MATTER OF THE APPLICATION OF**

Robert Knuts
_____
(Name)

**TO BE ADMITTED TO PRACTICE AS AN ATTORNEY**

_____

TO THE HONORABLE   Elizabeth Wolford _____, JUDGE OF THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NEW YORK:

Robert Knuts
_____, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at:

    Sher Tremonte LLP, 90 Broad Street, New York, NY 10004

2. That petitioner attended the following educational institutions and received the following degrees:

    Georgetown Univ. Law Center, J.D.; George Washington University, B.A.

3. Please complete either (a), (b) or ( c):

<u>Admission by Petition</u>

(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

Additional Requirements:     Admission Sponsoring Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's Volunteer Pro Bono Panel.

<u>Admission by Certificate of Good Standing</u>

(b) That petitioner was admitted to practice in the United States District Court of the <u>Southern</u> District of <u>New York</u> on the <u>3rd</u> day of <u>June</u>, <u>1986</u>, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

Additional Requirements:     Certificate of Good Standing from the Clerk of Court of which he or she is a member (dated no earlier than six months prior to submission to this Court)
Check or money order in the amount of the Attorney Admission fee set forth in the District Court Schedule of Fees
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registration Form
*Include the Pro Bono Volunteer Panel Form if you wish to become a member of the Court's Volunteer Pro Bono Panel.

<u>Pro Hac Vice Admission</u>

(c) That petitioner is admitted to practice in the State of _____

Additional Requirements:     Motion to Appear Pro Hac Vice
Check, Money Order or payment of fee on line in the amount of the Pro Hac Fee set forth in the District Court Schedule of Fees
Admission Petition Form
Admission Sponsor Affidavit
Attorney's Oath
Civility Principles Oath
Attorney Database Form
Attorney CM/ECF Registation Form

4. Petitioner is admitted to the following courts:

U.S. Court of Appeals, 2nd Cir.; USDC, SDNY; USDC, EDNY; State of New York

5. Since such admission(s), petitioner has practiced in the following courts:

All of the above courts

and has been involved in the following professional activities:

Private practice of law (1982-1994; 2003-date); U.S. SEC (1994-2003)

6. That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. (If number 6 is not true, the applicant shall strike that paragraph and shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.)

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code that pertain to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York and the New York Rules of Professional Conduct (22 NYCRR Part 1200).

**WHEREFORE**, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Petitioner)

Sworn to before me this 11th day of August , 2022

_____
Notary Public

KATHRYN ELISE GHOTBI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02GH6433387
Qualified in New York County
Commission Expires May 16, 2026

(Revised 2020)

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF NEW YORK

## APPENDIX TO CIVILITY PRINCIPLES

## OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York; I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense that I do not believe to be honestly debatable under the law of the land;

In maintaining the causes confided to me, I will employ only means that are honorable, and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidences and preserve inviolate the secrets of my client, and will accept compensation solely from the client or a third-party with the knowledge and approval of the client;

I will abstain from all offensive behavior and advance no fact prejudicial to the honor and reputation of a party or witness, unless my ethical duty requires;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar who practice law in this State and before this Court.

_____

(Signature)

# UNITED STATES DISTRICT COURT

# Western District of New York

## ATTORNEY DATABASE & ELECTRONIC CASE FILING REGISTRATION FORM

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

This form shall also be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration:

Instructions: PLEASE TYPE OR PRINT. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

First Name: Robert

Middle Name or Initial: N.

Last Name: Knuts

Firm Name: Sher Tremonte LLP

Firm Address: 90 Broad Street

Suite: 23rd Floor

City: New York     State: NY     Zip: 10004

Phone Number: 212 _ 202 _ 2638          FAX Number: 212 _ 202 _ 4156

Primary E-Mail Address: rknuts@shertremonte.com

Additional E-Mail Address: _____

Does your E-Mail Software support HTML messages? Yes_X____  No_____

Page 1 of 2

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York.

Method of Admission: **Pro Hac Vice**
(Petition, Certificate of Good Standing, *pro hac vice*)

Date admitted to practice in this Court: **Pending**
(write "pending" if admission is pending)

If admitted pro hac vice:
Date motion for pro hac vice granted: _____ in case number: _____

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents.

Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_____                    **8-11-22**
Signature of Registrant                                      Date

Please note that this form is required to be completed by any new attorneys seeking to be admitted to this District. If you have been previously admitted to practice in this court and are submitting this registration to request an account, you may fax the form to (716) 551-1705, or mail it to the following address:

Mary C. Loewenguth
United States District Court
Attn: CM/ECF Registration
2 Niagara Square
Buffalo, New York 14202

*OPTIONAL: Your login and password will be sent to you by the Office of the Clerk via the e-mail address you provided on your registration form. **If you prefer to have your login and password sent by U.S. Mail, please write the address below and mark your initials as approval for an alternate delivery method:**

Firm Address: _____

_____

_____

Attorney Initials: _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF _New York_ )
)  SS:
_New York_ COUNTY )

I, _Robert Knuts_ of _New York, New York_
City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United

States District Court for the Western District of New York, uprightly and accordingly to law; and I will

support the Constitution of the United States.  So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this _11_
day of _August_, _2022_.

_____
Notary Public

KATHRYN ELISE GHOTBI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02GH6433387
Qualified in New York County
Commiss.... 1° 2026

Rev. 2/2000

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

ROBERT  NORMAN  KNUTS                , Bar #        RK0967

was duly admitted to practice in the Court on

June 03, 1986

and is in good standing as a member of the Bar of this Court

Dated at          500 Pearl St.              On        August 8, 2022
                  New York, New York


Ruby J. Krajick                     By          s/ S. Gonzalez
Clerk of Court                                  Deputy Clerk

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

ROBERT  NORMAN  KNUTS          , Bar #        RK0967

was duly admitted to practice in the Court on

June 03, 1986

and is in good standing as a member of the Bar of this Court

Dated at        500 Pearl St.              On        August 8, 2022
                New York, New York

Ruby J. Krajick                By          s/ S. Gonzalez
Clerk of Court                             Deputy Clerk

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

### ATTORNEY'S OATH

STATE OF _New York_ )
_New York_ COUNTY )SS:
)

I, _Robert Knuts_ of _New York, New York_
City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United

States District Court for the Western District of New York, uprightly and accordingly to law; and I will

support the Constitution of the United States.  So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this _11_
day of _August_ , _2022_ .

_____
Notary Public

KATHRYN ELISE GHOTBI
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02GH6433387
Qualified in New York County
Commiss⸱⸱⸱⸱⸱⸱⸱ ⸱⸱ 1⸱ 2026

Rev. 2/2000

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK

## APPENDIX TO CIVILITY PRINCIPLES

## OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York; I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense that I do not believe to be honestly debatable under the law of the land;

In maintaining the causes confided to me, I will employ only means that are honorable, and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidences and preserve inviolate the secrets of my client, and will accept compensation solely from the client or a third-party with the knowledge and approval of the client;

I will abstain from all offensive behavior and advance no fact prejudicial to the honor and reputation of a party or witness, unless my ethical duty requires;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed upon members of the bar who practice law in this State and before this Court.

_____

(Signature)

# UNITED STATES DISTRICT COURT

## Western District of New York

### ATTORNEY DATABASE & ELECTRONIC CASE FILING REGISTRATION FORM

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

This form shall also be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration:

Instructions: PLEASE TYPE OR PRINT. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

First Name: __Robert__

Middle Name or Initial: __N.__

Last Name: __Knuts__

Firm Name: __Sher Tremonte LLP__

Firm Address: __90 Broad Street__

Suite: __23rd Floor__

City: __New York__     State: __NY__   Zip: __10004__ - ____

Phone Number: __212__ - __202__ - __2638__     FAX Number: __212__ - __202__ - __4156__

Primary E-Mail Address: __rknuts@shertremonte.com__

Additional E-Mail Address: _____

Does your E-Mail Software support HTML messages? Yes __X__   No ____

Page 1 of 2

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York.

Method of Admission: __Pro Hac Vice_____
(Petition, Certificate of Good Standing, *pro hac vice*)

Date admitted to practice in this Court: __Pending_____
(write "pending" if admission is pending)

If admitted pro hac vice:
Date motion for pro hac vice granted: _____ in case number: _____

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents.

Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_____          __8-11-22_____
Signature of Registrant                                   Date

Please note that this form is required to be completed by any new attorneys seeking to be admitted to this District. If you have been previously admitted to practice in this court and are submitting this registration to request an account, you may fax the form to (716) 551-1705, or mail it to the following address:

Mary C. Loewenguth<br/>
United States District Court<br/>
Attn: CM/ECF Registration<br/>
2 Niagara Square<br/>
Buffalo, New York 14202

*OPTIONAL: Your login and password will be sent to you by the Office of the Clerk via the e-mail address you provided on your registration form. **If you prefer to have your login and password sent by U.S. Mail, please write the address below and mark your initials as approval for an alternate delivery method:**

Firm Address: _____

_____

_____

Attorney Initials: _____