UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | 22-CV-6273-EAW |
| vs. | |
| CITY OF ROCHESTER, NEW YORK, ROSILAND BROOKS-HARRIS, CAPITAL MARKETS ADVISORS, LLC, RICHARD GANCI, AND RICHARD TORTORA, | NOTICE OF MOTION |
| Defendants. | |

Please take notice that, upon their supporting Memorandum of Law, defendants Capital Markets Advisors, LLC ("CMA") and Richard Ganci ("Ganci"), by and through their attorneys, will move this Court, at a date and time to be set by the Court, for an order entering judgment in their favor on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, concerning the First, Second, Third, Fifth and Twelfth Claims for Relief (concerning sales of securities by defendant City of Rochester). CMA and Ganci intend to file and serve reply papers.

Dated: New York, New York
       May 4, 2023

                                             SHER TREMONTE LLP

                                             By:  /s/ Robert Knuts
                                                         Robert Knuts
                                             90 Broad Street, 23rd Floor
                                             New York, New York 10004
                                             Tel: 212.202.2600
                                             rknuts@shertremonte.com

                                             *Attorneys for Defendants Capital Markets Advisors LLC, Richard Ganci, and Richard Tortora*