UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF ROCHESTER, NEW YORK, ROSILAND BROOKS-HARRIS, CAPITAL MARKETS ADVISORS, LLC, RICHARD GANCI, AND RICHARD TORTORA,<br><br>  Defendants. | 22-CV-6273-EAW-MWP<br><br>[~~PROPOSED~~] ORDER CONTINUING LITIGATION STAY |

WHEREAS, on May 30, 2024, at the request of the parties, the Court stayed this litigation for a period of 90 days for the parties to engage in settlement discussions [Dkt. No. 99];

WHEREAS, Plaintiff Securities and Exchange Commission ("SEC") and Defendants City of Rochester, New York, and Rosiland Brooks-Harris ("City Defendants") now have reached a settlement in principle, subject to the approval of the five SEC Commissioners and of the Court;

WHEREAS, the SEC is working through its process for the five SEC Commissioners to consider the proposed settlement with the City Defendants;

WHEREAS, the SEC and Defendants Capital Markets Advisors, LLC, Richard Ganci, and Richard Tortora ("CMA Defendants") have engaged in settlement discussions and have requested a settlement conference with the Court;

WHEREAS, the Court has scheduled a settlement conference for October 16, 2024 [Dkt. No. 102]; and

WHEREAS, given the prospect of settlement, the parties wish to continue the stay of the litigation to avoid the substantial cost and resources of completing deposition discovery and taking expert discovery.

NOW THEREFORE, the parties propose the following stay of the litigation, which the Court **SO ORDERS**:

1. This litigation shall be stayed through and including October 18, 2024 except that (a) the SEC and CMA Defendants shall comply with the Court's Order regarding the October 16, 2024, settlement conference [Dkt. No. 102] and (b) the parties may file documents in support of any proposed settlement for the Court's consideration.

2. The parties shall file a proposed status report with the Court on or before October 18, 2024, updating the Court on settlement efforts and proposed next steps.

Dated:  August 29, 2024                                   *s/Marian W. Payson*
                                                          Hon. Marian W. Payson
                                                          United States Magistrate Judge

We ask for this:

Dated:  August 29, 2024                                   Respectfully submitted,

*/s/ Eugene Hansen*                                       */s/ Sheila Baynes*
Eugene Hansen                                             Brian M. Feldman
Daniel Maher                                              Laura K. Schwalbe
Securities and Exchange Commission                        Sheila Baynes
100 F Street, N.E.                                        Aurelian Law PLLC
Washington, DC 20549-4631                                 3445 Winton Place
202-297-8421                                              Rochester, NY 14623
Email: hansene@sec.gov                                    Email:  brian.feldman@aurelianlaw.com
         maherd@sec.gov                                           laura.schwalbe@aurelianlaw.com
                                                                  sheila.baynes@aurelianlaw.com

*Attorneys for Plaintiff*
*Securities and Exchange Commission*                      *Attorneys for Defendants City of Rochester,*
                                                          *New York and Rosiland Brooks-Harris*

/s/ Robert Knuts
Robert Knuts
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, New York 10004
212-202-2600
Email: rknuts@shertremonte.com

*Attorneys for Defendants Capital Market Advisors, LLC, Richard Ganci, and Richard Tortora*