

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

October 17, 2024

**BY EMAIL** (payson@nywd.uscourts.gov)

Hon. Marian W. Payson
United States Magistrate Judge
100 State Street
Rochester, New York 14614

Re:    SEC v. City of Rochester et al., Case No. 22-cv-6273-EAW-MWP

Dear Judge Payson,

We represent Plaintiff Securities and Exchange Commission ("SEC" or "Commission") in the above-referenced matter and write on behalf of the SEC and the remaining Defendants in this litigation, Defendants Capital Markets Advisors, LLC, Richard Ganci, and Richard Tortora (collectively, the "CMA Defendants"). Given that the SEC and the CMA Defendants now have reached a settlement in principle, subject to Commission approval, the SEC and CMA Defendants respectfully propose extending the current litigation stay by an additional 60 days, or until December 17, 2024, to provide time for the Commission to consider the proposed settlement.

Thank you for your consideration of this joint request.

Respectfully submitted,

*[signature]*

Eugene N. Hansen
Trial Counsel
U.S. Securities and Exchange Commission
100 F St. NE
Washington, DC 20549
Tel: (202) 551-6091
hansene@sec.gov

Request granted.
SO ORDERED.

*Marian W. Payson*

Marian W. Payson
U.S.M.J.
October  17, 2024

cc:     All counsel (by email)